UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARB, INC., A California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY, a Delaware corporation; and DOES 1 through 20,<br><br>    Defendants. | Case No. 2:07-CV-01936-FCD-KJM<br><br>(Removed Sacramento County Superior Court Case No. 07AS03545)<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: August 3, 2007<br>Trial Date:     No Date Set. |

Pursuant to the terms of the Stipulation for Dismissal with Prejudice by and between plaintiff ARB, Inc. ("ARB") and defendant The Boeing Company ("Boeing"), IT IS HEREBY ORDERED that

    1.    ARB's Complaint is dismissed with prejudice;

    2.    The parties shall bear their own attorneys' fees and costs incurred in connection with this action.

DATED: May 2, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**Rutan & Tucker, LLP**
*attorneys at law*